UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROFOLFO GONZALEZ,<br><br>          Petitioner,<br><br>   v.<br><br>RON DAVIS,<br><br>          Respondent. | NO. CV 13-5007-TJH (MAN)<br><br><br>JUDGMENT |

    Pursuant to the Court's Order: Dismissing Petition As Second Or Successive; And Denying A Certificate Of Appealability,

    IT IS ADJUDGED that this action is dismissed without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: July 23, 2013

                                          TERRY J. HATTER, JR.
                                          UNITED STATES DISTRICT JUDGE